BEFORE THE SECOND DIVISION, NOVEMBER 13, 1942

**No. 47720.**—Protest 964547–G of New York Merchandise Co., Inc. (New York).

Opinion by TILSON J.  In accordance with stipulation of counsel and on the authority of Abstract 38680, the marcel irons in question were held dutiable as household utensils at 40 percent under paragraph 339.  The brass base shells, stipulated to be similar to those the subject of Abstract 37615 and *New York Merchandise Co., Inc.* v. *United States* (8 Cust. Ct. 209, C. D. 607), were held dutiable at 35 percent ad valorem under paragraph 353 as articles having as an essential feature an electrical element or device, such as signs, as claimed.

**No. 47721.**—Protests 611272–G, etc., of Miller Bros. Hat Co., Inc. (New York).

Opinion by TILSON, J.  Merchandise consisting of "8-Bu paper hats" was held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5), in accordance with stipulation of counsel and on the authority of *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664).

**No. 47722.**—Protests 724847–G (A), etc., of A. D. Cohen Co. (New York).

Opinion by TILSON, J.  In accordance with stipulation of counsel and on the authority of *Caradine Hat Co.* v. *United States* (9 Cust. Ct. 69, C. D. 664), "8-Bu paper hats," known as harvest hats, were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5), and other "8-Bu paper hats" at 12½ percent ad valorem under paragraph 1504 (b) (5) as amended by the Netherlands Trade Agreement (T. D. 48075).  Protests sustained.

**No. 47723.**—Protests 923743–G, etc., of Louis Marbe Cohn et al. (New York).

Opinion by TILSON, J.  In accordance with agreement of counsel, certain of the merchandise consisting of "8-Bu paper hats" was held dutiable at 12½ percent ad valorem under paragraph 1504 (b) (5) and T. D. 48075, as claimed.